**Lew WALLACE, nee Louis Goldberg, Plaintiff-Appellant, v. Oswald D. HECK, as Assemblyman and Speaker of the State Assembly of New York, Defendant-Appellee.**

No. 66, Docket 22459.

United States Court of Appeals
Second Circuit.

Argued Oct. 16, 1952.

Decided Oct. 16, 1952.

Lew Wallace, nee Louis Goldberg, pro -se.

Nathaniel L. Goldstein, Atty. Gen. of New York, for appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**.Arthur K. KEEN, Libellant-Appellee, v. UNITED STATES of America, Respondent-Appellant, and Agwilines, Inc., Respondent.**

No. 10, Docket 22358.

United States Court of Appeals
Second Circuit.

Argued Oct. 10, 1952.

Decided Oct. 23, 1952.

Myles J. Lane, U. S. Atty., New York City, Martin J. Norris, Attorney, Department of Justice, New York City, of counsel, for appellant.

William L. Standard, New York City, Morton J. Heckerling, New York City, of counsel, for appellee.

Before SWAN, Chief Judge, and L. HAND and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion below and the subsequent decision in Isbrandtsen Company, Inc. v. Johnson, 343 U.S. 779, 72 S.Ct. 1011.

**UNITED STATES of America v. Julius Benjamin DOMAKO, Appellant.**

No. 10845.

United States Court of Appeals
Third Circuit.

Submitted Oct. 17, 1952.

Decided Oct. 27, 1952.

Julius B. Domako, pro se.

Grover C. Richman, Jr., U. S. Atty., Newark, N. J., W. Thomas McGann, Asst. U. S. Atty., Newark, N. J., for appellee.

Before MARIS, GOODRICH and STALEY, Circuit Judges.

PER CURIAM.

The defendant in this case has appealed from an order of the District Court for the District of New Jersey denying his application to set aside his judgment of conviction and to permit him to withdraw his plea of guilty. We have carefully examined the record and find the defendant's contentions to be wholly without merit. Accordingly the order of the district court will be affirmed.